# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Joe Hand Promotions, Inc.,

    Plaintiff,

vs.

MTG of the Carolinas, Inc.
dba Buck Wild Restaurant and Saloon, and
Michael W. Long,

    Defendants.

DEFAULT JUDGMENT
IN A CIVIL CASE

3:10-cv-653

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 8, 2011 Order.

Signed: November 8, 2011

Frank G. Johns, Clerk
United States District Court